IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY NICHOLS, | ] |
| Plaintiff, | ] |
| v. | ] 2:11-CV-3510-KOB |
| RITE AID CORPORATION, | ] |
| Defendant. | ] |

## FINAL ORDER

This matter comes before the court on defendant Rite Aid Corporation's ("RAC") Motion to Dismiss and Incorporated Memorandum of Law (doc. 9). The court held a hearing on this motion on March 6th, 2012. For the reasons stated on the record at the hearing and summarized in its accompanying memorandum opinion, the court GRANTS RAC's motion and DISMISSES this case WITH PREJUDICE. Costs are taxed as paid.

DONE and ORDERED this 8th day of March, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE